

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7th floor*                    *973-645-2700*
*Newark, New Jersey 07102*


July 20, 2026

**VIA EMAIL: <u>criminalinfo@njd.uscourts.gov</u>**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102


Attention:    Antigone Owens-Krefski, Deputy Clerk

        Re:    *United States v. Sunil Singh*

Dear Ms. Owens-Krefski:

        Enclosed for assignment is an Information charging defendant Sunil Singh with: (1) wire fraud, in violation of 18 U.S.C. § 1343; and (2) money laundering, in violation of 18 U.S.C. § 1957(a). The Information and cover sheet are enclosed.

                        Very truly yours,

                        ROBERT FRAZER
                        United States Attorney


                        */s/ Robert Taj Moore*
                        Robert Taj Moore
                        Assistant U.S. Attorney